UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHRISTOPHER HANDFORD, | 1:09-cv-0738-BAK-SMS (HC) |
| Petitioner, | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| vs. | |
| MIKE MARTEL, | |
| Respondent. | |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated: May 7, 2009**        /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE